BENJAMIN B. WAGNER
United States Attorney
KELLI L. TAYLOR
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>APPROXIMATELY<br>$12,185.00 IN U.S. CURRENCY,<br><br>        Defendant.<br>_____ | 1:10-MC-00051-AWI<br><br>**STIPULATION AND ORDER EXTENDING THE UNITED STATES' TIME TO FILE A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE** |

　　　　It is hereby stipulated by and between the United States of America and Claimant Alexander Sierra, ("Claimant"), by and through their respective attorneys, as follows:

　　　　1.　　On or about August 30, 2010, Claimant filed a claim with the Drug Enforcement Administration with respect to the above-referenced approximately $12,185.00 in U.S. Currency (the "currency") which was seized on or about July 11, 2010.

　　　　2.　　The Drug Enforcement Administration has sent written notice of intent to forfeit as required by 21 U.S.C. § 881 to all known interested parties.  The time has expired for any person to file a claim to the currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than the Claimant has filed a claim to the currency in the administrative forfeiture proceeding.

　　　　3.　　Title 18 U.S.C. § 983(a)(3)(A) requires the United States to file a complaint for forfeiture against the currency and/or to obtain an indictment alleging that the currency is subject

to forfeiture within 90 days after a claim has been filed in the administrative forfeiture proceedings, unless the court extends the deadline for good cause shown or by agreement of the parties.

4. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to extend to January 10, 2011, the time in which the United States is required to file a civil complaint for forfeiture against the currency and/or to obtain an indictment alleging that the currency is subject to forfeiture.

5. Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the currency and/or to obtain an indictment alleging that the currency is subject to forfeiture shall be extended to January 10, 2011.

Dated: November 19, 2010              BENJAMIN B. WAGNER
                                      United States Attorney

                                       /s/ Kelli L. Taylor
                                      KELLI L. TAYLOR
                                      Assistant United States Attorney


Dated: November 18, 2010               /s/ Daniel A. Bacon
                                      DANIEL A. BACON
                                      Attorney for Claimant Alexander Sierra

                                      (original signature retained by attorney)


**ORDER**

IT IS SO ORDERED.

Dated:   November 23, 2010
                                      _____
                                      CHIEF UNITED STATES DISTRICT JUDGE